No. 72–681.   ERNST *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 72–701.   BARR ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 72–704.   JOHNSON *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 72–705.   FIRST STATE BANK OF CROSSETT, ARKANSAS *v.* UNITED STATES ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 72–708.   NOA ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 72–710.   CITIZENS OF INDIANAPOLIS FOR QUALITY SCHOOLS, INC., ET AL. *v.* UNITED STATES ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 72–717.   BONANNO ET AL. *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 72–720.   BLACKWELL *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 72–721.   DISLA *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 72–726.   LOCAL 1291, INTERNATIONAL LONGSHOREMEN'S ASSN. *v.* HODGSON, SECRETARY OF LABOR.   C. A. 3d Cir.   Certiorari denied.

No. 72–736.   MILLER, AKA MULLER *v.* UNITED STATES. C. A. 3d Cir.   Certiorari denied.